VERIFICATION BY STATEMENT 11-14-06
(ALSO TO BE CONSIDERED AS A MOTION TO WITHDRAW)

To: Catherine Eaton
Court Deputy
U.S. Dist. Ct.
S. Dist. of Texas
Galveston Division

Sent via FAX

Dear Ms. Eaton:

As per our just completed telephone record, I hereby swear that I am and never have been Attorney of Record for David and/or Sylvia Johnson. I disavow any connection with these people, the case you have 3:06-cv14 Johnson v. Bank of America or any other knowledge of these plaintiffs or the legal manuverings in your or any other court.

If it is indeed my signature on your filing,

I have no recollection of signing any such paper. I have no contract nor have I been paid for any connection with this case. I have no knowlegde of its substance or claims.

If you have any questions, or need further information, please contact me. I would also appreciate it if you would inform the judge of the information contained in this letter.

Thank you,

*Andrea J. Athalay*
TBN 24001670
9251 Burdine, #364
Houston TX 77096
713-721-2640 (home)
713-721-2662 (FAX)
713-857-8235 (cell)