# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Andrea S Atalay
Attorney at Law
10804 Ridgeway
Ste 220
Jonestown TX 78645

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 0 3 2007

MICHAEL N. MILBY, CLERK OF COURT

Case: 3:06-cv-00714   Instrument: 7   (1 pages)   aty
Date: Dec 19, 2006
Control: 061221577
Notice: The attached order has been entered.

The United States District Court for the Southern District of Texas proposes to amend its rules to require electronic filing in civil and criminal cases, effective January 1, 2007.

The new procedures can be found on our web page at http://www.txs.uscourts.gov/ or specifically:

Proposed Amended Local Rule 5.1 and Administrative Procedures for Electronic Filing in Civil and Criminal Cases
http://www.txs.uscourts.gov/news/notice091806.pdf

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 0 3 2007

MICHAEL N. MILBY, CLERK OF COURT

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS